EMILY FOWLER [SBN 258152]
VOGL MEREDITH BURKE & STREZA LLP
456 Montgomery Street, Suite 1300
San Francisco, California 94104
Telephone:  (415) 398-0200
Facsimile:   (415) 398-2820
Email:       efowler@vmbllp.com

Attorneys for Defendant
TARGET CORPORATION (erroneously
sued herein as "TARGET CORPORATION, INC.")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCSICO DIVISION

| | |
|---|---|
| MELANIE ARNERICH, <br><br> Plaintiff(s), <br><br> vs. <br><br> TARGET CORPORATION, INC. and Does 1 through 25, inclusive, <br><br> Defendant(s). | CASE NO: 3:25-cv-08233-TSH <br><br> Assigned For All Purposes to the Honorable Magistrage Judge Thomas S. Hixon <br><br> **STIPULATION AND ORDER TO INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF PURSUANT TO RULE 35 OF THE FRCP** <br><br> **ORDER** |

The parties to this action hereby stipulate and agree as follows:

1. Pursuant to Rule 35 of the Federal Rules of Civil Procedure, the Court may order a party whose mental or physical condition is in controversy to submit to a physical or medical examination by a suitably licensed or certified examiner. See Fed. R. Civ. Proc. 35.

2. In this case, a controversy exists regarding the physical condition of Plaintiff, MELANIE ARNERICH ("Plaintiff"), and good cause exists for a physical examination.

///

///

///

STIPULATION TO INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF PURSUANT TO RULE 35 OF THE FRCP; ORDER

3. A physical examination will be conducted by Youjeong Kim, M.D., board-certified orthopaedic surgeon. The examination will take place on **July 29, 2026** beginning at or near **11:00 a.m**. at Dr. Kim's medical offices located at 1236 Sutter Street, San Francisco, California 94109.

4. This examination will be a face-to-face examination by the doctor at the doctor's office. Dr. Kim is a licensed and Board-Certified physician, specializing in orthopedics, who will perform a physical examination of Plaintiff concerning those parts of the body, and body systems, which Plaintiff claims were injured or affected because of the incident underlying the above referenced matter. The physical examination will not include any diagnostic test or procedure that is painful, protracted, or intrusive.

5. The nature of the examination will consist of taking a complete medical history and physical evaluation and assessment of Plaintiff and her alleged medical conditions and physical injuries, which may include testing and examination deemed necessary by Dr. Kim. The history and tests shall be standard within the doctor's specialty and appropriate to assess the Plaintiff's condition. The physical examination will be conducted for the purpose of ascertaining Plaintiff's present physical condition and then nature and extent of Plaintiff's claimed injuries and damages.

Dr. Kim will ascertain the complete medical history of Plaintiff by using the following procedure:

1. Take a history of Plaintiff's present condition(s) an/or illness(es);

2. Take a past medical history of Plaintiff;

3. Identify Plaintiff's present symptomology;

4. Identify Plaintiff's present activities;

5. Identify Plaintiff's previous injuries;

6. Identify Plaintiff's work history; and

7. Review Plaintiff's medical records.

6. Items 1 through 7 are completed via interview with Plaintiff and a review of the Plaintiff's current and past medical records, conditions, and complaints.

7. Counsel for Defendant will provide a copy of Dr. Kim's IME report to Plaintiff. The report will comply with Fed. R. Civ. Proc. 35(b).

STIPULATION TO INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF PURSUANT TO RULE 35 OF THE FRCP; ORDER

8. If, for any reason, Plaintiff is unable to make the appointment as scheduled, Plaintiff must notify Dr. Kim's office seven (7) business days before, otherwise charges of one thousand five hundred dollars ($1,500) will be incurred for which Plaintiff will be responsible.

Dated: June 1, 2026

By: ___/s/Emily Fowler_____

VOGL MEREDITH BURKE & STREZA LLP

EMILY FOWLER
Attorney for Defendant
TARGET CORPORATION


Dated: June _9_, 2026

LAW OFFICES OF PATRICIA TURNAGE

By: _____

PATRICIA A. TURNAGE
Attorney for Plaintiff
MELANIE ARNERICH

STIPULATION TO INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF PURSUANT TO RULE 35 OF THE FRCP; ORDER

## ORDER

This Court has reviewed and considered the above stipulation among the parties. Based on the representations submitted herein, and for good cause shown, it is hereby ORDERED that Plaintiff MELANIE ARNERICH will submit to an IME by Dr. Kim on July 29, 2026, beginning at or near 11:00 a.m. at 1236 Sutter Street, San Francisco, California 94109.

IT IS SO ORDERED.


Dated:  June 9, 2026

THOMAS S. HIXSON
UNITED STATES MAGISTRATE  JUDGE

STIPULATION TO INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF PURSUANT TO RULE 35 OF THE FRCP; ORDER