PATRICIA A. TURNAGE, ESQ. (SBN: 127873)
DAVID Y. WONG, ESQ., OF COUNSEL (SBN: 105031)
GEORGE D. SAEED, ESQ. (SBN: 363632)
**LAW OFFICES OF PATRICIA TURNAGE, P.C.**
1260 B STREET, SUITE 140
HAYWARD, CA 94541
Tel: (510) 727-6752
Fax: (510) 727-6751
Email: Patricia@turnagelawoffices.com
Office@turnagelawoffices.com
Attorney for Plaintiff, Melanie Arnerich

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| MELANIE ARNERICH,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, INC., and DOES 1 through 25, inclusive<br><br>Defendant(s). | **CASE NO. 3:25-CV-08233-TSH**<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ~~[PROPOSED]~~ ORDER** AS MODIFIED BY THE COURT |

In accordance with this District Court's Civil Pretrial & Trial Procedures/Chamber Rules, Plaintiff MELANIE ARNERICH ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant"), hereinafter referred collectively ("The Parties"), by and through their respective attorneys of record, hereby jointly move this District Court for an Order as Modified to Continue all dates issued by the Honorable Judge Thomas S. Hixon's August 7, 2026 Order [Doc. 17].

More specifically, The Parties herein request that the close of fact discovery; disclosure of expert witnesses, disclosure of rebuttal expert witnesses and close of expert discovery be continued. The parties respectfully submit that good cause exists for an Order granting this Joint Stipulation, as demonstrated by the following:

WHEREAS, Plaintiff continues to medically treat for the injuries that she attributes to the

subject incident and, therefore, the parties have not obtained all relevant medical records and bills needed for analysis and evaluation by experts.

WHEREAS, the parties selected mediator, Julie A. Welsh, and all counsel/parties have postponed the originally scheduled mediation of November 2, 2026 to February 16, 2026, due to Plaintiff's continued medical treatment. The parties would like an opportunity to try to resolve the case prior to the close of fact discovery and expert designations.

WHEREAS, the Parties wish to avoid the costs associated with retaining all experts needed for disclosures and rebuttals, the cost of which could affect The Parties' ability to resolve the case.

WHEREAS, the Court's August 7, 2026, Order sets the following pertinent deadlines: close of fact discovery - December 2, 2026; disclosure of expert witnesses - January 8, 2027; disclosure of rebuttal expert witnesses - February 5, 2027; close of expert discovery - March 5, 2027; deadline to file dispositive motions - April 1, 2027; and, hearing on dispositive motions - May 6, 2027.

WHEREAS, the pretrial conference, final pretrial conference, and trial dates would not be affected by the requested continuance.

WHEREAS, pursuant to Federal Rule of Civil Procedure Rule 16(b)(4), a schedule may be modified only for good cause and with the judge's consent.

WHEREAS, pursuant to Local Rule 6-2, the parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules. The stipulated request must be accompanied by a declaration that: 1) sets forth with particularity the reasons for the requested enlargement or

shortening of time; 2) discloses all previous time modifications in the case, whether by stipulations or Court order; and 3) describes the effect the requested time modification would have on the schedule for the case.

WHEREAS, after communication with each party in this matter, the Parties have stipulated to the proposed continuance of the following court deadlines including:

A) Close of Fact Discovery from December 2, 2026 to March 19, 2027;

B) Disclosure of Expert Witnesses from January 8, 2027 to April 9, 2027;

C) Disclosure of Rebuttal Expert Witnesses from February 5, 2027 to May 7, 2027;

D) Close of Expert Discovery from March 5, 2027 to May 18, 2027;

E) Deadline to File Dispositive Motions from April 1, 2027 to May 28, 2027;

F) Hearing on Dispositive Motions from May 6, 2027 to June 24, 2027;

G) Exchange of Pretrial Disclosures - July 7, 2027;

H) Deadline to File Pretrial Documents - July 22, 2027;

I) Deadline to file Oppositions to Motions in Limine - July 29, 2027;

J) Pretrial Conference - August 12, 2027;

K) Final Pretrial Conference - September 9, 2027;

L) Jury Trial - September 20, 2027.

WHEREAS, there are no Court-established litigation deadlines occurring within the seven (7) days following the submission of this proposed joint stipulation.

WHEREAS, this proposed joint stipulation does not create an unreasonable delay in this matter, and a denial of this proposed joint stipulation would cause undue prejudice to The Parties by not providing sufficient time to investigate the continued medical treatment of Plaintiff related to the subject incident.

NOW THEREFORE, based on the foregoing recitals, The Parties hereby stipulate as follows and requests the District Court to grant the proposed Order to continue the deadlines for the close of fact discovery; disclosure of expert witnesses, disclosure of rebuttal expert witnesses close of expert discovery, filing dispositive motions, and the hearing on dispositive motions set forth in the August 7, 2026 Order to Continue all dates by an additional sixty (60) days as the Court's docket allows.

Date: October 28, 2026

**LAW OFFICES OF PATRICIA TURNAGE, P.C.**

[signature]

Patricia A. Turnage, Esq., Attorney for Plaintiff,
Melanie Arnerich

November 2, 2026
Date: ~~October ____, 2026~~

**VOGL MEREDITH BURKE & STREZA LLP**

/s/ Emily Fowler

Emily Fowler, Esq., Attorney for Defendant,
Target Corporation

# ~~[PROPOSED]~~ ORDER AS MODIFIED BY THE COURT

The Court having considered The Parties' Joint Stipulation to Continue the deadlines for close of fact discovery; disclosure of expert witnesses, disclosure of rebuttal expert witnesses close of expert discovery, filing dispositive motions, and the hearing on dispositive motions set forth in the August 7, 2026 Order, and good cause appearing therefor, the Court hereby continues the dates as follows:

A) Close of Fact Discovery from December 2, 2026 to March 19, 2027;

B) Disclosure of Expert Witnesses from January 8, 2027 to April 9, 2027;

C) Disclosure of Rebuttal Expert Witnesses from February 5, 2027 to May 7, 2027;

D) Close of Expert Discovery from March 5, 2027 to May 18, 2027;

E) Deadline to File Dispositive Motions from April 1, 2027 to May ~~28,~~ 20 2027;

F) Hearing on Dispositive Motions from May 6, 2027 to June 24, 2027;

G) Exchange of Pretrial Disclosures - July 7, 2027;

H) Deadline to File Pretrial Documents - July 22, 2027;

I) Deadline to file Oppositions to Motions in Limine - July 29, 2027;

J) Pretrial Conference - August 12, 2027;

K) Final Pretrial Conference - September 9, 2027;

L) Jury Trial - September 20, 2027.

IT IS SO ORDERED.

Date: November 2, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge